

| | | |
|---|---|---|
| KEVIN G. FALEY | GEORGE APRILAKIS | BRIAN O'CONNOR |
| ANDREA M. ALONSO ☐ | SUEY K. CHUNG ☐ | ANTHONY PALMIOTTO |
| KENNETH E. PITCOFF | JOAN M. COCHA ☐ | TAMAR S. PELTZ |
| PATRICIA E. PERMAKOFF | JOHN P. COLLORAFI | PATRICK PRAGER |
| KEVIN F. MAHON | MICHAEL A. CZOLACZ | TIMOTHY PRYOR |
| MICHAEL V. CAMPANILE | VINCENT D. FINNEGAN | PATRICK REILLY |
| LINA C. ROSSILLO | FRANK H. FOSTER | ROBERT J. REILLY |
| JAMES A. PANNONE ☐ | ALISA Y. GDALINA | DANIELLE J. REISS ☐ |
| EDWARD J. HARRINGTON | LYUDMILA GILYADOVA | RASLEEN K. SAHNI |
| WILLIAM J. MANNING, JR. | LYNN GOLDER | YEKATERINA SAPSON ☐ |
| DONNA M. WHITE | IRA E. GOLDSTEIN | DAVINDERPAL SINGH |
| MARK A. HEALY | CHRYZANTA HENTISZ ☐ | STEPHEN L. SCHIOPPI |
| ALLYSON P. LUBELL | MARITANNA ISAKOV | MICHAEL W. SOLIMAN |
| GAIL S. KARAN | CHARLES M. KERR | GARY M. SUNSHINE |
| JENNA L. MASTRODDI ☐ | JOSE M. LASPRILLA | DAVID J. TAMKE |
| ELIZABETH A. FILARDI | ROBERT MAROTTA | INNA V. TERRES |
| IRYNA S. KRAUCHANKA | RORY MCMANUS | VIKTORIYA UKHOVA |
| DORIS RIOS DUFFY | EMILY M. MOWER * | ROBERT S. WHITBECK |
| JEOUNGSON KIM | GREGORY S. NELSON | CHRISTOPHER G. ZACHRY |
| CHRISTOPHER R. INVIDIATA | | |
| REBECCA J. ROSEDALE ☐ | | ☐ ADMITTED IN NY AND NJ |
| CRISTINA SOLLER | | * ADMITTED IN NJ |
| AMANDA M. ZEFI ☐ | | |
| LAWTON W. SQUIRES | | OF COUNSEL |
| ROBERT E. O'CONNOR | | JOHN J. DUFFY |
| ALFRED R. HINTZ | | MICHAEL B. TITOWSKY |
| BRIAN T. DEVENEY | | |
| EUGENE O. MORENUS | | |
| CHRISTOPHER M. ROGERS | | |
| DAWN C. FAILLACE-DILLON | | |
| CHRISTOPHER LOCHNER | | |
| JUSTIN E. ANGELINO | | |

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

NASSAU
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

SUFFOLK
ONE HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

GREENE
11 WHISPER CREEK DRIVE
WINDHAM, NEW YORK 12496

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

July 26, 2023

The Honorable District Judge Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    ***Bermudez v. Magnetic Logistics, Inc. et ano.***
            Case No.:    1:23-cv-05694-JLR
            Date of Loss:  April 20, 2020
            Our File No.:  (PRG) 74157

Dear Judge Rochon:

      As a point of re-introduction, this office represents the defendants, Magnetic Logistics, Inc. and Murvin K. Johnson, in the above-referenced matter.

      Pursuant to your e-mail of July 20, 2023, the defendants were Ordered to Show Cause by July 26, 2023, why this case should not be remanded for untimely removal.

      Unfortunately, I was away this week bringing my son to summer camp in New Hampshire and then I was on vacation until this past weekend  Since then, I have been preparing for a Mediation that is scheduled for tomorrow.  As such, I was not able to provide the requested

*The Honorable District Judge Jennifer L. Rochon*
*Re: Bermudez v. Magnetic Logistics, Inc. et ano.*
*Case No.: 1:23-cv-05694-JLR*
*Our File No.: (PRG) 74157*

*Page 2*

information that is due by July 26, 2023.  Your undersigned is respectfully requesting an extension of time by which to Show Cause as to why this case should not be remanded for untimely removal.  If it pleases the Court, I am respectfully requesting a one-week extension of time until August 4, 2023.

  Thank you for your time and consideration.

            Very truly yours,

MVC/jcs           MICHAEL V. CAMPANILE

cc:  Liakis Law, P.C.
   65 Broadway, 13th Floor
   New York, New York 10006
   dl@liakaslaw.com

The request is GRANTED.  Defendant shall file the requested letter by August 4, 2023.

Dated: July 27, 2023
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**